UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIM YOUNG,

                Plaintiff,                      Case No. 2:25-cv-14135

v.                                     Honorable Susan K. DeClercq
                                        United States District Judge

DANNY J. SAVOIE, and
ELIZABETH HERTEL.                Honorable Curtis Ivy, Jr.
                                        United States Magistrate Judge

                Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 23), DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION TO DISMISS (ECF No. 5), DENYING AS MOOT PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBITS (ECF No. 13), AND ACCEPTING PLAINTIFF'S AMENDED COMPLAINT (ECF No. 24)**

On June 30, 2026, Magistrate Curtis Ivy, Jr. issued a report recommending that this Court construe Plaintiff Kim Young's supplemental filings, ECF Nos. 10; 13; 17; 18; 19, as a motion to amend her complaint, grant that motion, and provide Young with a deadline to file her amended complaint. ECF No. 23 at PageID.149–50. Judge Ivy further recommended that this Court deny without prejudice Defendants' motion to dismiss, ECF No. 5, and deny as moot Young's motion for leave to file supplemental exhibits, ECF No. 13. ECF No. 23 at PageID.150.

Judge Ivy provided 14 days for objections to be filed, but no party filed objections. They have therefore forfeited their right to appeal Judge Ivy's findings.

*See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Moreover, there is no prejudicial clear error in the report.

However, before the period for filing objections had expired, Young filed an amended complaint. ECF No. 24. Accordingly, instead of providing Young with a deadline to file an amended complaint as Judge Ivy contemplated in his R&R, *see* ECF No. 23, this Court will instead accept Young's amended complaint that was filed on July 13, 2026. *See* ECF No. 24. This complaint will be the operative complaint moving forward in this case.

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 23, is **ADOPTED**.

Further, it is **ORDERED** that Defendants' Motion to Dismiss, ECF No. 5, is **DENIED WITHOUT PREJUDICE**.

Further, it is **ORDERED** that Plaintiff's Motion for Leave to File Supplemental Exhibits, ECF No. 13, is **DENIED AS MOOT**.

Further, it is **ORDERED** that Plaintiff's Amended Complaint, ECF No. 24, is **ACCEPTED** and will be the operative complaint in the above-captioned case.

**This is not a final order and does not close the above-captioned case.**

/s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: July 15, 2026

- 2 -